IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10754
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES WATSON RAMSEY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-59-ALL
--------------------

October 20, 1999

Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

James Watson Ramsey, federal prisoner #28081-077, appeals
from the district court's denial of his motion for new trial
following his guilty-plea conviction for use of fire to commit
mail fraud.  Ramsey argues that the district court lacked
jurisdiction to convict and sentence him, that the factual resume
for his guilty plea did not contain evidence of the essential
elements of the offense, that he was improperly sentenced
pursuant to U.S.S.G. § 2K2.4 for using explosives, and that the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Government made false statements to the district court regarding the evidence to support his alleged crime.  We have reviewed the record and find no reversible error.  Ramsey has not satisfied the Fed. R. Crim. P. 33 standards for the granting of a new trial.  The district court therefore did not abuse its discretion by denying his motion for new trial.  See United States v. Jaramillo, 42 F.3d 920, 924 (5th Cir. 1995).  Accordingly, the judgment of the district court is AFFIRMED.